EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  #3753
Assistant U.S. Attorney

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  CR 04-00118 SOM |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [18 U.S.C. § 1546 - Visa Fraud |
| OSCAR FUENTES NACHOR, aka ) | 8 U.S.C. § 1324(a)(2)(B)(2) - |
| "Geronimo Caras Cordero, Jr.", ) | Alien Smuggling |
| ) | 18 U.S.C. § 2 - Aiding and |
| Defendant. ) | Abetting] |

I N D I C T M E N T

The Grand Jury charges that:

<u>COUNT 1</u>:

[18 U.S.C. §§ 1546 and 2 –
Visa Fraud, and Aiding and Abetting]

On or about October 9, 1999, in the District of Hawaii, and elsewhere, OSCAR FUENTES NACHOR, aka "Geronimo Caras Cordero, Jr.," did knowingly and intentionally aid and abet G.P. when G.P. applied for admission to the United States while personating another, falsely appeared as a deceased individual, and evaded the immigration laws by appearing under an assumed and fictitious name without disclosing his true identity.

All in violation of Title 18, United States Code Sections 1546 and 2.

<u>COUNT 2</u>:

[18 U.S.C. §§ 1546 and 2 –
Visa Fraud, and Aiding and Abetting]

On or about October 9, 1999, in the District of Hawaii, and elsewhere, OSCAR FUENTES NACHOR, aka "Geronimo Caras Cordero, Jr.," did knowingly and intentionally aid and abet G.A. when G.A. applied for admission to the United States while personating another, and evaded the immigration laws by appearing under an assumed or fictitious name without disclosing her true identity.

All in violation of Title 18, United States Code Sections 1546 and 2.

COUNT 3:

[18 U.S.C. §§ 1546 and 2 -
Visa Fraud, and Aiding and Abetting]

On or about October 9, 1999, in the District of Hawaii, and elsewhere, OSCAR FUENTES NACHOR, aka "Geronimo Caras Cordero, Jr.," did knowingly and intentionally aid and abet G.L. when G.L. applied for admission to the United States while personating another, and evaded the immigration laws by appearing under an assumed or fictitious name without disclosing her true identity.

All in violation of Title 18, United States Code Sections 1546 and 2.

DATED: March 10, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
WILLIAM L. SHIPLEY
Assistant U.S. Attorney

United States V. Oscar Fuentes Nachor
Cr. No. _____
"INDICTMENT"